# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ORLANO MONTEZ, 11057693** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-cv-2391-O |
| § | |
| **DALLAS COUNTY SHERIFF and** § | |
| **DALLAS COUNTY DISTRICT** § | |
| **ATTORNEY,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error and found none.

Accordingly, the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**SO ORDERED** on this **31st day** of **December, 2011.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**